## [The JUDICIARY.]

High Court of Errors and Appeals.   June 12, 1826.

*Ridgely's Notebook V, 65.*

Monday, June 12, 1826.  Court met. Present: RIDGELY, CHAN-CELLOR; BOOTH, Chief Justice of the Court of Common Pleas; DAVIS, Justice of Supreme Court; and COOPER and STOUT, Justices of the Court of Common Pleas.